UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHANEZA SAMAROO,**

        **Plaintiff,**                        **CASE NO.: 8:20-cv-1886-T-02AEP**

**v.**

**MILLENNIUM VENTURES LIMITED
PARTNERSHIP, LLP d/b/a FOREST
OAKS CARE CENTER,**

        **Defendant.**
_____/

**PLAINITFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, SHANEZA SAMAROO, by and through her undersigned counsel, voluntarily dismisses the above-styled cause of action with prejudice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of August 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                               **FLORIN GRAY BOUZAS OWENS, LLC**

                                               */s/Christopher D. Gray*
                                               **CHRISTOPHER D. GRAY, ESQUIRE**
                                               Florida Bar No.: 902004
                                               Primary:  chris@fgbolaw.com
                                               Secondary:  debbie@fgbolaw.com
                                               **WOLFGANG M. FLORIN, ESQUIRE**
                                               Florida Bar No.: 907804
                                             wolfgang@fgbolaw.com
                                             16524 Pointe Village Drive, Suite 100
                                             Lutz, FL 33558
                                             Telephone (727) 254-5255
                                             Facsimile (727) 483-7942
                                             Attorneys for Plaintiff